59873. STATE OF GEORGIA v. SUN OK CURL et al.

SMITH, Judge.
The judgment is affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED MAY 7, 1980 — DECIDED SEPTEMBER 8, 1980.

*Richard E. Allen, District Attorney, Steven L. Beard, Assistant District Attorney,* for appellant.
*Charles L. Wilkinson, III,* for appellees.